Kristin McDonald, Esq. SBN 027082
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101

Attorneys for MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| In re: | ) Case No. 2:13-bk-18575-DPC |
|---|---|
| | ) |
| Maria Isabel Aguirre aka Isabel Agguire, | ) Chapter 13 |
| | ) |
| Debtor. | ) **NOTICE OF WITHDRAWAL OF** |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |

TO THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC, hereby withdraws its Motion for Relief from Automatic Stay filed in the above-entitled Court on 7/13/2018 as Docket Number 87.

Dated: August 7, 2018                McCARTHY & HOLTHUS, LLP


                                     By: /s/ Kristin McDonald
                                         Kristin McDonald, Esq.
                                         Agent for MTGLQ Investors, LP, its
                                         assignees and/or successors, by and
                                         through its servicing agent Rushmore
                                         Loan Management Services LLC

1                                        File No. AZ-17-139722
Withdrawal of Motion for Relief, Case No. 2:13-bk-18575-DPC
Case 2:13-bk-18575-DPC    Doc 90    Filed 08/07/18    Entered 08/07/18 16:51:08    Desc
Main Document    Page 1 of 3

Kristin McDonald, Esq. SBN 027082
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Maria Isabel Aguirre aka Isabel Agguire,<br><br>    Debtor. | ) Case No. 2:13-bk-18575-DPC<br>)<br>) Chapter 13<br>)<br>)<br>) **PROOF OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>) |

On 8/7/2018, I served the document described as **NOTICE OF WITHDRAWAL** on the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Victoria Quach Av
victoria@bkphoenix.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Cosmin Catau
Cosmin Catau

On 8/7/2018, I served the document described as **NOTICE OF WITHDRAWAL** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Maria Isabel Aguirre, 5004 W Ruth Ave, Glendale, AZ 85302

TRUSTEE
Russell Brown, Chapter 13 Trustee, Suite 800, 3838 North Central Avenue, Phoenix, AZ 85012

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

OTHER LIEN HOLDERS
Chase Bank, PO Box 24696, Columbus, OH 43224

Wells Fargo Bank Nv Na, Attn: Bankruptcy MAC #P6103-05K, P.O. Box 3908, Portland, OR 97208

SPECIAL NOTICE
Leonard J. McDonald, Tiffany & Bosco P.A., Seventh Floor Camelback Esplanade II, 2525 East Camelback Road, Phoenix, AZ 85016

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh